O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA BOLTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WORLD SAVINGS BANK FSB, ) <br> WACHOVIA MORTGAGE FSB ) <br> AND DOES 1 TO 10, ) <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 10-01162 VAP(DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 14, 2010

　　　　　　　　　　　　　　　_[signature: Virginia A. Phillips]_
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge